IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANDREW M. DUPLESSIS,                    )
                                        )
    Petitioner,                         )
                                        )
vs.                                     )   Case No.  21-cv-00095-JPG
                                        )
UNITED STATES OF AMERICA,               )
                                        )
    Respondent.                         )

## MEMORANDUM AND ORDER

Pursuant to Rule 11(a) of the Rules Governing Section 2255 Proceedings and Rule 22(b)(1) of the Federal Rules of Appellate Procedure, the Court considers whether to issue a certificate of appealability of this final order adverse to the petitioner. A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see Tennard v. Dretke*, 542 U.S. 274, 282 (2004); *Ouska v. Cahill-Masching*, 246 F.3d 1036, 1045 (7th Cir. 2001). To make such a showing, the petitioner must "demonstrate that reasonable jurists could debate whether [the] challenge in [the] habeas petition should have been resolved in a different manner or that the issue presented was adequate to deserve encouragement to proceed further." *Ouska*, 246 F.3d at 1046; accord *Buck v. Davis*, 137 S. Ct. 759, 773 (2017); *Miller-El v. Cockrell*, 537 U. S. 322, 327 (2003). The Court finds that Duplessis has not made such a showing and, accordingly, DECLINES to issue a certificate of appealability.

**IT IS SO ORDERED.**
**Dated: June 7, 2022**

                                       **/s/ J. Phil Gilbert**
                                       **J. PHIL GILBERT**
                                       **DISTRICT JUDGE**